AMENDED COMPLAINT